# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:18-CV-00109-BO

JAMES ALAN FRYETT,
*on behalf of himself and all others similarly situated,*

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES

THIS MATTER, having come before the Court on the parties' request for a stay of deadlines and for good cause shown,

IT IS HEREBY ORDERED that (1) the parties are excused from the LR 16.4(c) mediated settlement conference; (2) that all deadlines in the case are stayed for sixty days; and (3) the parties shall file a joint status report within two weeks of the execution of the settlement agreement entered by the parties in this case, but in any event by no later than December 18, 2018.

DATED: October 22, 2018

Robert B. Jones, Jr.
United States Magistrate Judge