UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES ALAN FRYETT, *on behalf of himself and all others similarly situated,* | ) ) ) ) CASE NO. 5:18-cv-00109-BO |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES

The Parties filed a Joint Status Report and Motion for Stay, stating that they will file settlement papers in the case entitled *Thomas v. Equifax Info. Servs.*, LLC, No. 3:18-cv-00684-MHL (E.D. Va.) during the week of April 15, 2019, which, if approved, will resolve the class claims in this case. The parties are requesting a stay in this matter until fourteen days (14) following the final approval hearing in *Thomas*.

IT IS HEREBY ORDERED that (1) all deadlines in the case are stayed; and (2) the Parties shall file a status report with the Court within fourteen (14) days following the final approval hearing in *Thomas*.

DATED: 4-22-19

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE