**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

JAMES ALAN FRYETT,

      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES, LLC,

      Defendant.

Case No. 5:18-cv-00109-BO

**<u>STIPULATION OF SETTLEMENT AND DISMISSAL</u>**

Plaintiff John Henry Foley ("Plaintiff"), and Defendant Equifax Information Services LLC ("Equifax" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court as follows

1.      This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2.      On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3.      The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4.      Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019. (*Thomas* ECF No. 55.)

5.      No appeals were taken from Judge Lauck's Order.

6.      On October 7, 2019, the Parties stipulated to dismiss the claims asserted in this action with prejudice to the extent Plaintiff purported to bring them on a class wide basis. Doc. 30.

7.    The Parties now inform this Court that the remaining individual claim in this action is now settled and fully resolved.

WHEREFORE, the Parties respectfully request a dismissal of the matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

DATED:   March 13, 2020                     Respectfully submitted,

/s/John Soumilas                            /s/Meryl W. Roper
James A. Francis*                           Zachary Andrew McEntyre*
John Soumilas*                              Meryl W. Roper*
Jordan M. Sartell*                          John Christopher Toro*
**FRANCIS & MAILMAN, P.C.**                 King & Spalding LLC
1600 Market Street, Suite 2510              1180 Peachtree St. NE, Suite 1700
Philadelphia, PA 19103                      Atlanta, GA 30309
T: 215.735.8600                             404-572-4600 (T)
F: 215.940.8000                             404-572-5100 (F)
jfrancis@consumerlawfirm.com                zmcentyre@kslaw.com
jsoumilas@consumerlawfirm.com               mroper@kslaw.com
jsartell@consumerlawfirm.com                jtoro@kslaw.com

Leonard A. Bennett, NC Bar #21576           Katherine McFarland Stein*
Consumer Litigation Associates, P.C.        King & Spalding LLP
763 J. Clyde Morris Boulevard, Suite 1-A    500 W. 2nd Street, Suite 1800
Newport News, VA 23601                      Austin, TX 78701
T: 757-930-3660                             512-457-2020 (T)
lenbennett@clalegal.com                     404-457-2100 (F)
                                            kstein@kslaw.com

*Admitted Pro Hac Vice*                     Chelsea Corey, NC Bar #48838
                                            King & Spaulding LLP
*Attorneys for Plaintiff John Henry Foley*  300 S. Tyron Street, Suite 1700
                                            Charlotte, NC 28202
                                            704-503-2600 (T)
                                            704-503-2622 (F)
                                            ccorey@kslaw.com

                                            *Attorneys for Defendant Equifax Information Services, LLC*

**APPROVED AND SO ORDERED:**

DATED: _____, 2020    _____
                                            HONORABLE TERRENCE W. BOYLE

2